■ In the Matter of FRANCIS C. BROWN et al. In the Matter of MARGARET B. TRIMBLE et al. MARCUS D. LAMB et al., Appellants; CHEMICAL BANK, Respondent.—Order and judgment (one paper), Supreme Court, New York County (Allen Myers, J.), entered on September 3, 1985, unanimously affirmed for the reasons stated by Allen Myers, J., without costs and without disbursements. Concur—Murphy, P. J., Kupferman, Milonas, Kassal and Wallach, JJ.